UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAN PANDA, *et al*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civ. No. 20-cv-1907 (KBJ) <br> ) |
| CHAD WOLF, *Acting Secretary of Homeland Security*, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## **GENERAL ORDER AND GUIDELINES REGARDING**
## **MOTIONS FOR A PRELIMINARY INJUNCTION**

On July 15, 2020, Plaintiffs filed a motion seeking entry of a preliminary injunction in this matter. (ECF No. 3.) In order to ensure the efficient and expeditious resolution of this motion in light of the circumstances under which the Court is operating due to the COVID-19 pandemic, *see* Standing Order 20-62, In re: Third Further Extension of Postponed Court Proceedings Due to Exigent Circumstances Caused by COVID-19 Pandemic (D.D.C. July 9, 2020), and to conserve this Court's and the parties' resources, it is hereby

**ORDERED** that Plaintiffs shall promptly effect service of the complaint on Defendants, and shall file any returns of service on or before **July 21, 2020**. It is

**FURTHER ORDERED** that the parties shall confer and, within three business day following entry of this Order or defense counsel's entry of appearance, whichever is later, file a Notice that contains three dates and times after **August 10, 2020** (which is the Court's earliest availability), on which counsel are available for a telephonic

scheduling conference with the Court. During the conference, the parties should be prepared to address the various rate-limiting factors that the Court needs to consider as it determines the briefing and hearing schedule moving forward, including:

(1) whether the instant motion should be converted to a motion for full summary judgment and handled on an expedited basis;

(2) if the parties wish to proceed on a preliminary injunction/partial summary judgment basis, what is the parties' proposed schedule for briefing the motion;

(3) the parties' availability for a hearing on the motion when it is ripe, however it is styled; and

(4) whether any parallel litigation related to the claims in this case and/or the subject of the motion for a preliminary injunction is pending, and the status of any such litigation.

The Defendants' obligation to respond to the pending motion for a preliminary injunction is **STAYED** pending the telephonic scheduling conference. It is

**FURTHER ORDERED** that if any parallel litigation is pending, the parties shall keep the Court fully apprised of the status of such ligation, including notifying the Court within 24 hours whenever a document is filed, a hearing is held or scheduled, or an order is issued in that litigation. Finally, it

**FURTHER ORDERED** that Defendants obligation to respond to the complaint shall be suspended during the Court's consideration of the merits of the motion for a preliminary injunction. Defendants must answer or otherwise respond to the Complaint within 14 days after the Court issues its order on the motion for a preliminary injunction.

In light of the current pandemic and the limited in-person operations at the courthouse, the Court is dispensing with its standard requirement for courtesy copies of the parties' filings related to the motion for a preliminary injunction.

DATE:  July 16, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge