# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDAN PANDA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-01907-APM |
| ) | |
| CHAD F. WOLF, ) | |
| Acting Secretary of Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **NOTICE**

Defendants file this notice to bring to the Court's attention that late in the afternoon on August 12, 2020, undersigned counsel for the Government was made aware that the State Department published language on its website that explains national interest exceptions to Presidential Proclamations 10014 and 10052. A printout of the website language is attached as Exhibit A, and is available online at https://travel.state.gov/content/travel/en/News/visas-news/exceptions-to-p-p-10014-10052-suspending-entry-of-immigrants-non-immigrants-presenting-risk-to-us-labor-market-during-economic-recovery.html (last visited Aug. 12, 2020).

The website indicates that one circumstance in which certain H-1B visa petition beneficiaries may be eligible for an exception to Proclamation 10052 is if they seek to travel to the United States "to resume ongoing employment in the United States in the same position with the same employer and visa classification." *Id*.

//

1

DATE:  August 12, 2020	Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: *s/ Glenn M. Girdharry*
GLENN M. GIRDHARRY
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4807
Email: glenn.girdharry@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

                                        *s/ Glenn M. Girdharry*
                                        GLENN M. GIRDHARRY
                                        Assistant Director
                                        United States Department of Justice
                                        Civil Division