UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDAN PANDA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHAD F. WOLF, ) <br> Acting Secretary of Homeland Security, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 20-01907-APM |

**DEFENDANTS' NOTICE**

In an effort to provide the Court with accurate and current information, the Government provides this Notice regarding consular operations at the U.S. Embassy and Consulates in India.

1. ***U.S. consular posts in India remain closed for routine nonimmigrant visa services.*** Due to current country conditions, *see, e.g.*, https://in.usembassy.gov/covid-19-information/ (last visited Sep. 4, 2020), the U.S. Embassy and U.S. Consulates in India confirm that "Consular sections remain closed for routine nonimmigrant visa services" and that they "will resume routine visa services as soon as possible but are unable to provide a specific date." *See* https://in.usembassy.gov/visas/ (last visited Sep. 4, 2020). The State Department explains that:

> Until complete resumption of routine visa services, applicants who appear to be subject to entry restrictions under P.P. 10014, P.P. 10052, and/or regional-focused Presidential Proclamations related to COVID-19 (P.P. 9984, 9992, 9993, 9996, and/ or 10041) might not be processed for a visa interview appointment *unless the applicant also appears to be eligible for an exception under the applicable Proclamation(s)*. Applicants who are subject to any of these Proclamations, but who believe they may qualify for a national interest exception or other exception, should follow the instructions on the nearest U.S. Embassy or Consulate's website regarding procedures necessary to request an emergency.

*See* https://travel.state.gov/content/travel/en/News/visas-news/exceptions-to-p-p-10014-10052-suspending-entry-of-immigrants-non-immigrants-presenting-risk-to-us-labor-market-during-economic-recovery.html (last visited Sep. 4, 2020) (emphasis added).

This is consistent with the State Department's direction to *all* diplomatic and consular posts that "[s]afety remains the Department's top priority[,]" and that "Posts should only schedule cases supported by appropriate levels of staffing and protections for mission staff and the public," AR 26, 35-36, as reflected throughout the administrative record. *See* AR 12 (Cable, Mar. 20, 2020), AR 17 (Cable, Apr. 25, 2020), AR 23-24 (Cable, Apr. 28, 2020), AR 26 (Cable, Jun. 12, 2020), AR 35-40 (Cable, Jul. 8, 2020).

2.    *"Drop-box" visa renewals at U.S. consular posts in India.* Relatedly, and even though the U.S. Embassy and Consulates in India are permitting the use of "drop box applications" in certain situations where a person may be seeking a visa renewal, the State Department website clarifies that in order for an applicant seeking a nonimmigrant visa in the "H, L, and J categories" who is "subject to Presidential Proclamation 10052," to use the drop box application process for a visa renewal, the applicant "*must also qualify for an exception to the proclamation.*" *See* https://in.usembassy.gov/visas/ (last visited Sep. 4, 2020) (emphasis added).

| DATE:  September 4, 2020 | Respectfully submitted, |
|---|---|
| ETHAN P. DAVIS<br>Acting Assistant Attorney General | By: *s/ Glenn M. Girdharry*<br>GLENN M. GIRDHARRY<br>Assistant Director |
| WILLIAM C. PEACHEY<br>Director | United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation |
| AARON S. GOLDSMITH<br>Senior Litigation Counsel | District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4807<br>Email: glenn.girdharry@usdoj.gov |
|  | JOSHUA S. PRESS<br>Trial Attorney |

**CERTIFICATE OF SERVICE**

      I certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

                                          *s/ Glenn M. Girdharry*
                                          GLENN M. GIRDHARRY
                                          Assistant Director
                                          United States Department of Justice
                                          Civil Division