IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDAN PANDA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, et al., <br><br> Defendants. | CIVIL NO. 1:20-1907-APM |

**PLAINTIFFS' NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1292(a)(1), Plaintiffs hereby notice their appeal of this Court's Memorandum Opinion and Order of September 16, 2020 (ECF No. 36), and the incorporated memorandum opinion in *Gomez v. Trump*, Civil No. 20-1419 (ECF No. 123), denying Plaintiffs' motion for a preliminary injunction (ECF Nos. 3 & 8). Plaintiffs seek expedited consideration of their appeal under 28 U.S.C. § 1657(a) because it relates to the denial of preliminary injunctive relief.

Dated: September 16, 2020

Respectfully submitted,

BRADLEY B. BANIAS
Wasden Banias LLC

s/Geoffrey Forney
GEOFFREY FORNEY
Bar No. PA0088
Wasden Banias LLC
411 West Ellet Street
Philadelphia, PA 19119
202-615-8315/ geoff@wasdenbanias.com

Attorneys for the Plaintiffs

CERTIFICATE OF SERVICE

I certify that on September 16, 2020, I filed the forgoing PLAINTIFFS' NOTICE OF APPEAL through the Court's CM/ECF system, which will transmit an email notification of the filing and provide an electronic hyperlink for accessing the document to the attorneys of record in this case.

s/Geoffrey Forney
GEOFFREY FORNEY
Wasden Banias LLC